NUMBER 13-03-679-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
THE STATE OF TEXAS,                                                     Appellant,

v.

JUAN VALVERDE, JR.,                                                       Appellee.
____________________________________________________________________

On appeal from the 404th District Court
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, THE STATE OF TEXAS, perfected an appeal from an order entered
by the 404th District Court of Cameron County, Texas, in cause number 03-CR-1073-G. After the record and appellant’s brief were filed, the parties filed a joint motion to
dismiss the appeal. In the motion, appellant states that all matters in controversy have
been settled and a negotiated plea of guilty will be entered by defendant in this cause. 
The parties request that this Court dismiss the appeal.
         The Court, having considered the documents on file and the joint motion to
dismiss the appeal, is of the opinion that the motion should be granted. The joint
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b)
Memorandum Opinion delivered and 
filed this the 16th day of December, 2004.